# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Peter Borys, Jack Borys, a/k/a Jacek Borys, Bobbie Borys, B&B Signs & Awnings Inc., Advanced Neon & Signs, Inc., Advanced Neon & Signs of USA Inc., Elite Led & Signs Inc.,<br><br>    Defendants. | CASE NO.1:15-cv-10804<br><br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, the parties have settled this case and have agreed to the entry of the attached Consent Judgment and Permanent Injunction (Ex. A);

the parties respectfully request that the Court enter the attached Consent Judgment and Permanent Injunction and deem this case closed.

                                                Respectfully submitted,

Dated: September 14, 2016            /s/ Jeffrey G. Mote
                                                Cameron M. Nelson (lead attorney)
                                                Jeffrey G. Mote
                                                Matthew J. Levinstein
                                                GREENBERG TAURIG, LLP
                                                77 West Wacker Drive, Suite 3100
                                                Chicago, IL 60601
                                                (312) 456-8400
                                                nelsonc@gtlaw.com
                                                motej@gtlaw.com
                                                levinsteinm@gtlaw.com

                                                ***Counsel for Plaintiff UL LLC***

**CONSENTED TO:**

Dated: September 14, 2016

_____
UL LLC
By: Associate General Counsel, IP

Dated: September 14, 2016

_____
Peter Borys a/k/a Piotr Borys

Dated: September 14, 2016

_____
Jack Borys a/k/a Jacek Borys

Dated: September 14, 2016

_____
Bobbie Borys

Dated: September 14, 2016

_____
For: B&B Signs & Awnings Inc.
Name: JACK BORYS
Its: President

Dated: September 14, 2016

_____
For: Advanced Neon & Signs, Inc.
Name: JACK BORYS
Its: President

Dated: September 14, 2016

_____
For: Advanced Neon & Signs of USA Inc.
Name: JACK BORYS
Its: President

Dated: September 14, 2016

_____
For: Elite Led & Signs Inc.
Name: JACK BORYS
Its: President

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 14, 2016.

/s/ Jeffrey G. Mote